NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FREDDIE SOLOMON, )
)
        Appellant, )
)
v. ) Case No. 2D19-1626
)
STATE OF FLORIDA, )
)
        Appellee. )
_____ )

Opinion filed November 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Wayne M. Durden, Judge.

Freddie Solomon, pro se.

PER CURIAM.

        Affirmed.

NORTHCUTT, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.